OPINIONS PER CURIAM, ETC., FROM DECEM-
BER 19, 1910, TO FEBRUARY 20, 1911. ·

No. 586. THE STATE OF MINNESOTA EX REL. JALMER
M. LARSEN, PLAINTIFF IN ERROR, *v.* HUGH R. SCOTT, AS
AUDITOR OF THE COUNTY OF HENNEPIN. In error to the
Supreme Court of the State of Minnesota.     Motion to
dismiss submitted December 12, 1910. Decided Decem-
ber 19, 1910. *Per Curiam.* Dismissed with costs. *Mr.
Milton D. Purdy*, for defendant in error, in support of the
motion. *Mr. Carl Strover*, for plaintiff in error, in opposi-
tion thereto.

---

No. 497. SAMUEL LOEB, PLAINTIFF IN ERROR, *v.* HENRY
JENNINGS, CHIEF OF POLICE OF THE CITY OF ATLANTA.
In error to the Supreme Court of the State of Georgia.
Motion to dismiss or affirm submitted December 19,
1910. Decided January 3, 1911. *Per Curiam.* Judg-
ment affirmed on the authority of *Waters-Pierce Oil Com-
pany* v. *State of Texas*, 212 U. S. 112, 118; *Goodrich* v.
*Ferris*, 214 U. S. 79; *Griffith* v. *Connecticut*, 218 U. S. 563.
*Mr. Thomas B. Felder* for plaintiff in error. *Mr. William
A. Wimbish* for defendant in error.

---

No. 192. G. WASH HUNTER, PLAINTIFF IN ERROR, *v.*
THE STATE OF SOUTH CAROLINA. In error to the Su-
preme Court of the State of South Carolina. Motion to
dismiss or affirm submitted January 9, 1911. Decided
January 16, 1911. *Per Curiam.* Writ of error dismissed
for the want of jurisdiction. *Farrell* v. *O'Brien*, 199 U. S.
100; *Waters-Pierce Oil Co.* v. *State of Texas*, 212 U. S. 112;